IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**LYNETTE SHERMAN,**

    Plaintiff,

v.                                              Civil Action No. 5:09-1211

**GREENBRIER HOTEL CORPORATION**

    **Defendant.**

## CERTIFICATE OF SERVICE

I, Ashley C. Pack, do hereby certify that the **Defendant's Disclosure of Expert Witnesses** was filed with the Clerk of the Court through the CM/ECF system on this the 15th day of September, 2010, and was sent via US mail, postage prepaid, to the following:

Debra Kilgore, Esquire
Burton Kilgore & Lazenby, PLLC
P.O. Box 5129
Princeton, West Virginia 24740

David L. White, Esquire
The Masters Law Firm LC
181 Summers Street
Charleston, West Virginia 25301

/s/ Ashley C. Pack
Mark A. Carter (WV State Bar # 4316)
Ashley C. Pack (WV State Bar #10477)
Adam L. Maynard (WV State Bar #9560)

222253_1
37501-7